GUARANTY TRUST COMPANY OF NEW YORK and Mary J. Dillon, Trustees, Plaintiffs-Appellants-Appellees, v. JOHNS-MANVILLE CORPORATION, Defendant-Appellant-Appellee.

No. 302.

Circuit Court of Appeals, Second Circuit.

April 20, 1936.

E. Clarkson Seward, of New York City (Arlon V. Cushman and W. Saxton Seward, both of New York City, of counsel), for plaintiffs.

Dean, Fairbank, Hirsch & Foster, of New York City (Clair W. Fairbank and S. A. Demma, both of New York City, of counsel), for defendant.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (14 F.Supp. 792) affirmed.

Julian HOFF, Plaintiff-Appellee, v. ST. PAUL–MERCURY INDEMNITY COMPANY OF ST. PAUL, Defendant-Appellant.

No. 383.

Circuit Court of Appeals, Second Circuit.

May 18, 1936.

Plaut & Davis, of New York City, for appellant.

N. LeVan Haver, of Kingston, N. Y., for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

IRVING TRUST COMPANY, as Trustee In Bankruptcy of Hyman ABESBAUM, Bankrupt, Plaintiff, v. MERCANTILE BANK & TRUST COMPANY, Defendant.

No. 347.

Circuit Court of Appeals, Second Circuit.

May 11, 1936.

Benjamin Siegel, of New York City (Edward I. Kaplan and Benjamin Brownstein, both of New York City, of counsel), for plaintiff.

David Asch, of New York City (Martin Conboy and William J. Butler, both of New York City, of counsel), for defendant.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.